CUAUHTEMOC ORTEGA (CA Bar No. 257443)
Interim Federal Public Defender
JONATHAN C. AMINOFF (CA Bar No. 259290)
(E-Mail: Jonathan_Aminoff@fd.org)
CELESTE BACCHI (CA Bar No. 307119)
(E-Mail: Celeste_Bacchi@fd.org)
Deputy Federal Public Defenders
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-5374
Facsimile: (213) 894-0310

Attorneys for Defendant/Movant
LEZMOND CHARLES MITCHELL

**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Lezmond Charles Mitchell,

Defendant/Movant,

v.

United States of America,

Plaintiff/Respondent.

No. 20-cv-08217-DGC-ESW

(Civil Case No. 3:09-cv-08089-DGC)

(Criminal Case No. 3:02-cr-01062-DGC)

**DEATH-PENALTY CASE**

**EXECUTION SCHEDULED FOR:**
**Date: AUGUST 26, 2020**
**Time: To be determined.**

Honorable David G. Campbell
United States District Judge

**NOTICE OF APPEAL**

Notice is hereby given that defendant Lezmond Charles Mitchell hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's August 21, 2020 Order (dkt. no. 8) and Judgment (dkt. no. 9) denying Mitchell's motion (dkt. no.1) to vacate, set aside, or correct sentence by a person in federal custody pursuant to 28 U.S.C. § 2255 or, in the alternative, motion for relief pursuant to 28 U.S.C. § 2241; and Mitchell's motion (dkt. no. 3) to stay his execution.

No filing or docket fee is required because Defendant is in forma pauperis and the Federal Public Defender represents him pursuant to the Criminal Justice Act.

Defendant's notice of appeal is timely filed pursuant to Federal Rule of Appellate Procedure 4(b)(1)(A)(i).

///

The parties to the judgment and order are:

| | |
|---|---|
| Movant: | Lezmond Mitchell<br>Reg. No. 48685-008<br>USP Terre Haute<br>4700 Bureau Road South<br>Terre Haute, IN 94974 |
| Movant's Counsel: | Jonathan C. Aminoff<br>Celeste Bacchi<br>Deputy Federal Public Defenders<br>321 East 2nd Street<br>Los Angeles, CA 90012 |
| Respondent: | United States of America |
| Respondent's Counsel: | William G. Voit<br>Sharon Sexton<br>Krissa M. Lanham<br>Assistant United States Attorneys<br>Two Renaissance Square<br>40 N. Central Ave., Suite 1800<br>Phoenix, Arizona 85004 |

Respectfully submitted,

CUAUHTEMOC ORTEGA
Interim Federal Public Defender

DATED: August 21, 2020

By */s/ Jonathan C. Aminoff*
JONATHAN C. AMINOFF
CELESTE BACCHI
Deputy Federal Public Defenders

Attorneys for Defendant
Lezmond Charles Mitchell

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of August, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

William G. Voit, Assistant U.S. Attorney
Arizona State Bar No. 025808

Sharon Sexton, Assistant U.S. Attorney
Arizona State Bar No. 012359

Krissa M. Lanham, Assistant U.S. Attorney
Arizona State Bar No. 035085

*/s/ Iliana Hernandez*
Iliana Hernandez